UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GERALD ROYCE ALESHIRE,

    Plaintiff,

v.

OFFICER CHRIS RATHBUN,

    Defendant.

Case No. C05-5296FDB

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(b)(2)

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint is DISMISSED without prejudice;

(3) The Clerk is directed to terminate this action pursuant to Fed. R. Civ. P. 41(b)(2); and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. Karen L. Strombom..

DATED this 6th day of March 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1